United States District Court
Southern District of Texas
**ENTERED**
August 16, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:22-CR-00445 |
| | § | |
| ERIC ORLANDO MOTA | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM OPINION AND ORDER
## REINSTATING BOND WITH ADDED CONDITION

A show cause hearing was held today in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f) and 18 U.S.C. § 3148. Defendant was previously granted a bond after a detention hearing was held on June 28, 2022. A petition for action on pretrial release was filed on August 4, 2022 with the Court alleging that Defendant violated condition 7(m) of his bond conditions ordering that he not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. 802, unless prescribed by a licensed medical practitioner. Defendant pled true to the allegation. The Defendant, the government and U.S. Probation recommended that Defendant remain on bond with the added condition of inpatient substance abuse treatment.

The Court **FINDS** that there are conditions of bond that exist that will assure Defendant's appearance at trial and that will adequately protect the community. The Court **HEREBY ORDERS** the reinstatement of Defendant Mota's pretrial release conditions and

adds the condition that he attend inpatient substance abuse treatment. Defendant Mota will be released from custody directly into inpatient treatment.

ORDERED on August 16, 2022.

_____
Julie K. Hampton
United States Magistrate Judge